```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__04/07/2026__
```

**Jackson Lewis P.C.**
666 Third Avenue
17-4030

DIRECT DIAL: (212) 545-4071
EMAIL: PETER.MOSKOWITZ@JACKSONLEWIS.COM

Application GRANTED.  The June 15, 2026, status and/or pre-motion letter(s) on discovery shall include the parties' positions on a settlement conference or court-ordered mediation.

April 6, 2025

**SO ORDERED:**                     04/07/2026

*Katharine H. Parker*

**HON. KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

**BY ECF**
Hon. Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Alice Marie Day v. Wells Fargo Bank, N.A.**
       **Case No. 1:24-cv-07836- JAV**

Dear Judge Parker:

This firm represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this matter. We submit this joint-letter in connection with the Court's directive for an update as to whether a settlement conference will be productive at this stage, pursuant to the February 26, 2026 Revised Case Management Plan and Scheduling Order.

The parties are still engaging in discovery and anticipate completing same by the end of this month. As such, the parties request additional time to consider their positions on the need for a settlement conference, and propose sending an update on this topic as part of the parties' next joint-letter to the Court on June 15, 2026.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/*Peter C. Moskowitz*
Peter C. Moskowitz

4928-7918-3774, v. 1