USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4043
jacksonlewis.com

DIRECT DIAL: (212) 545-4071
EMAIL: PETER.MOSKOWITZ@JACKSONLEWIS.COM

DIRECT DIAL: (212) 545-4018
EMAIL: ABAIGEAL.FRANSON@JACKSONLEWIS.COM

**APPLICATION DENIED:** **The Case Management Conference set for 10/28/2026 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 will proceed as scheduled.**

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge
**10/27/2026**

October 27, 2026

**BY ECF**
Hon. Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **Alice Marie Day v. Wells Fargo Bank, N.A.**
**Case No. 1:24-cv-07836- JAV**

Dear Judge Parker:

This firm represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this matter. We submit this joint letter on behalf of both Wells Fargo and Plaintiff, Alice Marie Day (collectively, the "Parties") in connection with the upcoming case management conference in this matter, presently scheduled for October 28, 2026.

As the Parties are continuing to work through several remaining discovery issues and Defendants are supplementing their production, the Parties jointly request a brief extension of the case management conference. This is the second request for an adjournment of the case management conference. Additionally, in light of the above ongoing discovery discussions, the Parties jointly request an extension of the following dates:

| | Original Date | Proposed Date |
|---|---|---|
| Joint status letter regarding respective positions on settlement conference | Nov. 1, 2026 | Nov. 17, 2026 |
| Plaintiff shall identify all witnesses sought to be deposed | Nov. 1, 2026 | Nov. 17, 2026 |
| Joint letter regarding outstanding discovery issues | Nov. 1, 2026 | Nov. 17, 2026 |

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/*Peter C. Moskowitz*
Peter C. Moskowitz
Abaigeal D. Franson