USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ALICE MARIE DAY,

Plaintiff,

-against-

WELLS FARGO BANK, N.A.,

Defendant.

-----------------------------------------------------------------X

**24-CV-7836 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Honorable Robyn F. Tarnofsky will preside over the settlement conference in this matter. The parties are directed to contact Judge Tarnofsky's chambers to schedule a settlement conference

**SO ORDERED.**

**DATED:** New York, New York
October 28, 2026

Katharine H Parker

_________________________________
KATHARINE H. PARKER
United States Magistrate Judge