USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ALICE MARIE DAY,

Plaintiff,

-against-

WELLS FARGO BANK, N.A.,

Defendant.

-----------------------------------------------------------------X

**24-CV-7836 (KHP)**

**POST CONFERENCE SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case appeared before the undersigned on October 28, 2026, for a case management conference. On the record, the Court granted the following extensions:

- The Parties shall identify all parties to be deposed by **November 17, 2026**.
- The Parties shall submit a joint letter regarding outstanding discovery issues by **November 17, 2026.**

**SO ORDERED.**

DATED: New York, New York
October 28, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge