USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
ALICE MARIE DAY,

Plaintiff,

-against-

WELLS FARGO BANK, N.A.,

Defendant.

---------------------------------------------------------------X

**24-CV-7836 (KHP)**

**ORDER OF REFERRAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The above-entitled action is hereby referred to Honorable Robyn F. Tarnofsky for settlement.

**SO ORDERED.**

**DATED:** New York, New York
November 17, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge